**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2118**

MELVIN ABDULLAH EL-AMIN,

　　　　　Plaintiff - Appellant,

　　　v.

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL #333, INC.;
INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO; HAROLD J.
DAGGETT, President, International Longshoremen's
Association, AFL-CIO; STEPHEN KNOTT, General Vice President,
International Longshoremen's Association, AFL-CIO; CLARENCE
PITTMAN, JR., ILA Local 1416; NATHANIEL MAYE, JR., Financial
Secretary Treasurer ILA Local 141,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　Catherine C. Blake, District Judge.
(1:13-cv-00820-CCB)

Submitted: January 21, 2014　　　Decided: January 23, 2014

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin Abdullah El-Amin, Appellant Pro Se.　Kevin J. Marrinan,
John P. Sheridan, MARRINAN & MAZZOLA MARDON, PC, New York, New
York; James Russell Rosenberg, Paul Douglas Starr, ABATO,
RUBENSTEIN & ABATO, Baltimore, Maryland; Jennifer Lynn Stair,
TERRASA & STAIR, PA, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Abdullah El-Amin appeals the district court's order granting summary judgment to his union and related defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we deny El-Amin's motion for stay and supplemental motion for stay and affirm for the reasons stated by the district court. El-Amin v. Int'l Longshoremen's Ass'n, Local #333, Inc., No. 1:13-cv-00820-CCB (D. Md. Aug. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED